IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND M. MBAH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JANNEY MONTGOMERY SCOTT, LLC<br><br>　　　and<br><br>MICHAEL BANNACH,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-02337 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between counsel representing Plaintiff Raymond Mbah and counsel representing Defendants, Janney Montgomery Scott LLC and Michael Bannach, that Plaintiff's Amended Complaint against Defendant in the above-captioned matter is hereby dismissed, with prejudice, with each side to bear its own costs.

_____
Thomas More Holland
Kelly Trewella
Law Offices of Thomas More Holland
1522 Locust Street
Philadelphia, PA 19102

*Attorneys for Plaintiff*

Dated: 9/18/18

_____
David J. Walton
Debra S. Friedman
Steven D. Millman
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Phone: (215) 446-0031
Fax: (215) 665-2013

*Attorneys for Defendant*

Dated: 10/24/18

So Ordered this 24th day of October, 2018

_____
Hon. Noel L. Hillman, USDJ